ALLAN C. DALZELL, Appellant, *v.* THE FAHYS WATCH CASE COMPANY, Respondent.

(Argued January 15, 1894; decided January 30, 1894.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made October 24, 1893, which affirmed an order of Special Term denying a motion by plaintiff for a discovery and inspection of defendant's books.

*Edmund T. Oldham* for appellant.

*William A. Jenner* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

WILLIAM J. BREWSTER, Appellant, *v.* GEORGE H. WOOSTER, Respondent.

(Argued January 15, 1894; decided January 30, 1894.)

APPEAL from order of the Superior Court of the city of New York, made December 5, 1893, which denied a motion by plaintiff to dismiss an appeal by defendant from a judgment entered upon a verdict in favor of plaintiff.

*William H. Arnoux* for appellant.

*Thomas G. Shearman* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.